# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | | |
|---|---|---|
| KERRY B. KOEPKE, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 2:18-CV-01002 |
| | ) | |
| v. | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| GREAT LAKES SPECIALTY | ) | |
| FINANCE, INC., d/b/a CHECK 'N GO | ) | |
| AXCESS FINANCIAL, | ) | |
| | ) | |
| Defendant. | ) | |

## **PLAINTIFF'S MOTION TO STAY CASE IN FAVOR OF ARBITRATION**

Comes now Plaintiff, Kerry B. Koepke, by and through counsel and requests the Court stay this matter pending resolution of her claims in arbitration. Following discussions with the Defendant, it was determined that the contract between the parties contains an arbitration agreement which mandates a resolution of the dispute through American Arbitration Association ("AAA").

Accordingly, and pursuant to the Federal Arbitration Act, 9 U.S.C §3, Plaintiff respectfully requests the Court enter an Order to stay the matter.

Respectfully submitted,

SULAIMAN LAW GROUP, LTD.


By:/s/ Marwan R. Daher
    Omar T. Sulaiman
    Marwan R. Daher
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148
Telephone: (630) 568-5858
Email: osulaiman@sulaimanlaw.com
Email: mdaher@sulaimanlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I filed a copy of the foregoing pleading electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and mailed to all parties listed on the attached mailing matrix. Parties may access this filing through the Court's electronic system.

> John Long, Authorized Agent for
> Great Lakes Specialty Finance, Inc.
> d/b/a Check 'N Go, d/b/a Axcess Financial
> Corporation
> 8040 Excelsior Drive Suite 400
> Madison, WI 53717

This 2nd day of August, 2018.

/s/ Marwan R. Daher