UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| KERRY B. KOEPKE, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 2:18-CV-01002 |
| | ) |
| v. | ) |
| | ) DEMAND FOR JURY TRIAL |
| GREAT LAKES SPECIALTY | ) |
| FINANCE, INC., d/b/a CHECK 'N GO | ) |
| AXCESS FINANCIAL, | ) |
| | ) |
| Defendant. | ) |

## ORDER TO CLOSE CASE ADMINISTRATIVELY

The Court having reviewed Plaintiff's Motion to Stay Case in Favor of Arbitration, pursuant to the Federal Arbitration Act, 9 U.S.C. §3, it is hereby

ORDERED that the case is administratively closed.

ENTER this 3rd day of August, 2018.

                                                        s/Lynn Adelman
                                                        LYNN ADELMAN
                                                        District Judge