UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| KERRY B. KOEPKE, | |
| Plaintiff, | Case No. 2:18-cv-01002 |
| v. | Honorable Judge Sharon J. Coleman |
| GREAT LAKES SPECIALTY FINANCE, INC., d/b/a CHECK N' GO, d/b/a AXESS FINANCIAL, | |
| Defendants, | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, KERRY B. KOEPKE ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendants, GREAT LAKES SPECIALTY FINANCE, INC. d/b/a CHECK N' GO, d/b/a AXESS FINANCIAL, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: September 28, 2018 2018

Respectfully Submitted,

*/s/ Omar T. Sulaiman*
Omar T. Sulaiman
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone (630) 575-8181
Fax: (630) 575-8188
osulaiman@sulaimanlaw.com